# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 21, 2018

## NO. 03-17-00326-CV

**Michael J. Gierut, Appellant**

**v.**

**Nina Morrison and Scholey-Morrison Community Options, Inc.
d/b/a Brookside Farm, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND TOTH
### AFFIRMED—OPINION BY JUSTICE TOTH

This is an appeal from the orders signed by the district court on February 28, 2017, disposing of all claims and parties in this case. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's orders. Therefore, the Court affirms the district court's orders. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.